IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAELA SULLINS, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:21-CV-391-LY |
| § | |
| AT2 MUELLER, LLC, D/B/A § | |
| MASSAGE HEIGHTS, § | |
| DEFENDANT. § | |

### ORDER CLOSING CASE

Before the court is the above entitled cause. On October 7, 2021, the parties filed a Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Doc. #19), which the court approved by separate order. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of October, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE